**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7441**

---

JAMYL S. SADAT, a/k/a Ricardo Price,

                                        Petitioner - Appellant,

        versus

E. MONTGOMERY TUCKER, Chairman; JOHN W. WADE,
JR., Examiner; JOHN ALDERMAN, Chairman,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-98-748-AM)

---

Submitted:  January 7, 1999          Decided:  January 20, 1999

---

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jamyl S. Sadat, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jamyl S. Sadat appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Sadat's motion to supplement the record, and dismiss the appeal on the reasoning of the district court. See Sadat v. Tucker, No. CA-98-748-AM (E.D. Va. Sept. 10, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgment or order is marked as "filed" on September 3, 1998, the district court's records show that it was entered on the docket sheet on September 10, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).